**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Diana Youngbluth,

Plaintiff,

vs.

CheckRite,

Defendant.

**Civil Action No.: CV 01-367 PAM/JGL**

**STIPULATION OF DISMISSAL AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiffs may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: June 29

**THE CONSUMER JUSTICE CENTER, P.A.**

By______________________________

Thomas J. Lyons, Jr. (#249646)
**Consumer Justice Center**
342 East County Road D
Little Canada, MN 55117
651-770-9707

FILED JUL 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED JUL 10 2001
DEPUTY CLERK'S INITIALS ______

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 6/19/01

By ______________________________

Michael A. Klutho (License #186302)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: July 5, 2001

______________________________
Judge of United States District Court